## Champion Eslow and another v. The Township of Albion and another.

*Bill in equity: Hearing in open court: Judge at chambers: Jurisdiction.* Where the defendants in a chancery cause have elected under the statute to have the case tried in open court, the circuit judge has no power at chambers to order the proofs to be taken before a commissioner.

*Heard and decided April 10.*

Appeal in Chancery from Calhoun Circuit.

After this case had been put at issue, the defendants, under the statute (*Sess. L. 1869, p. 381, § 57*), elected to have the case tried in open court. Complainants thereupon made a special application to the circuit judge at chambers, for an order that, instead of the trial in open court, testimony should be taken before a commissioner in the usual mode. Defendants objected to this order, and to the taking of testimony under it, but their objection was overruled, and the order granted. The case proceeded to final decree, and was then appealed.

*Brown & Patterson* and *C. I. Walker,* for complainants.

*F. G. Holmes, Noyes & Porter,* and *G. V. N. Lothrop,* for defendants.

THE COURT held that the judge had no power to make such an order at chambers; that the proofs taken were without authority, and must be stricken out; and that the decree must be set aside as premature, and the cause remanded for further proceedings.